# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-04-00412-CV

**Dawn Marie Flagg, Appellant**

**v.**

**William Lee Flagg, Appellee**

## FROM THE DISTRICT COURT OF BURNET COUNTY, 33RD JUDICIAL DISTRICT
### NO. 22154, HONORABLE GUILFORD L. JONES III, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Dawn Marie Flagg and William Lee Flagg have filed a joint motion to dismiss this appeal. We grant their motion and dismiss this appeal.

Mack Kidd, Justice

Before Justices Kidd, Patterson and Puryear

Dismissed on Joint Motion

Filed: November 12, 2004